IT IS SO ORDERED.

Dated:  13 September, 2016 01:19 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | Case No. 15-14410 (JPS) |
|---|---|
| Burt F. Jackson, | Chapter 7 |
| Debtor. | Judge Jessica E. Price Smith |
| Daniel M. McDermott, United States Trustee, *Plaintiff* -vs- Burt F. Jackson, *Defendant* | Adv. Proceeding No. 16-01006 |

**ORDER GRANTING MOTION FOR DEFAULT**
<u>**JUDGMENT UPON COMPLAINT OBJECTING TO DISCHARGE**</u>

This matter came before the Court on the United States Trustee's *Motion for Default Judgment Upon Complaint Objecting to Discharge* filed on February 11, 2016 (the "<u>Motion for Default Judgment</u>"). *Docket No. 10*.

On January 11, 2016, the Plaintiff, Daniel M. McDermott, United States Trustee for Region 9, filed his *Complaint to Deny Discharge* (Docket No. 1) (the "<u>Complaint</u>") against the

1

defendant Burt F. Jackson (the "<u>Defendant</u>"). The Summons and Notice of Pretrial Conference, and Complaint were timely served upon Defendant. The Clerk of Court issued a Summons on Defendant requiring him to file an answer to the Complaint by February 11, 2016. The Defendant failed to file a timely answer.

On February 11, 2016, the United States Trustee executed and filed an *Application for Entry of Default*. Docket No. 7. On February 12, 2016, the Clerk of Court issued an *Entry of Default*. Docket No. 8.

The Motion for Default Judgment states good cause and is granted.

**ACCORDINGLY, IT IS ADJUDGED, ORDERED AND DECREED** that, pursuant to 11 U.S.C. § 727(a) & (c), the discharges of all debts of the defendant Burt F. Jackson is denied.

**IT IS SO ORDERED.**

###

2

16-01006-jps    Doc 15    FILED 09/13/16    ENTERED 09/13/16 14:57:48    Page 2 of 4

Submitted by,

By:     */s/ Tiiara N. A. Patton*   .
          Tiiara N. A. Patton (NYS #4261798)
          Trial Attorney
          United States Department of Justice
          Office of the United States Trustee
          Howard M. Metzenbaum U.S. Courthouse
          201 Superior Avenue E, Suite 441
          Cleveland, Ohio 44114
          Phone: (216) 522-7800 ext. 250
          Fax:    (216) 522-7193

## **CERTIFICATE OF SERVICE**

The Clerk hereby certifies that a copy of the foregoing Order was electronically transmitted to:

Via the Court's CM/ECF system to the following parties who are listed on the Court's Electronic Mail Notice List:

<u>Via the Court's Electronic Case Filing System:</u>

- Daniel M. McDermott     USTPRegion09.cl.ecf@usdoj.gov
- United States Trustee     (Registered address)@usdoj.gov

<u>Via Regular United States Mail, postage pre-paid:</u>

Burt F. Jackson
7105 Brakeman Road
Painesville, OH 44077